# UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

---

No. 96-40651
Summary Calendar

---

BENNIE LEE SANDERS, JR.,

Plaintiff-Appellant,

versus

G. RIVERS, Sergeant, Betto II Unit;
CAPT. ZORN, Betto II Unit; OFFICER
HILL, Betto II Unit; OFFICER GOFF,
Betto II Unit,

Defendants-Appellees.

---

Appeal from the United States District Court
For the Eastern District of Texas
(6:95-CV-867)

---

December 17, 1996

Before POLITZ, Chief Judge, GARWOOD and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

The complaint of Bennie Lee Sanders, Jr., a Texas state prisoner, was

dismissed as frivolous under 28 U.S.C. § 1915(e)(2)(B)(I) after a **Spears** hearing.

---

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

Sanders alleges that several corrections officers violated his civil rights by failing to protect him from threats by another inmate, failing to provide medical attention, and handcuffing him during transfers. Our review of the record and Sanders' brief compels the conclusion that both the complaint and the appeal from the magistrate judge's dismissal are frivolous.

We caution Sanders that any additional frivolous appeals filed by or for him will invite the imposition of the full panoply of sanctions. Sanders is further cautioned to review any other pending appeals he may have to ensure that they do not advance issues that are frivolous because of previous adverse decisions on those issues by this court.

APPEAL DISMISSED; SANCTIONS CAUTION ISSUED.